UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40058NMG

JAMES S. BERNAT,

    Plaintiff,

v.

GENTEX OPTICS,

    Defendant.

## MOTION TO ADMIT ATTORNEY IAN O. SMITH
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1) Plaintiff James S. Bernat seeks to have Attorney Ian O. Smith appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2) I, Mala M. Rafik, am a member of the bar of this Court and have entered an appearance for Plaintiff. I am a partner in the law firm of Rosenfeld & Rafik, P.C. I am associated with counsel Ian O. Smith who is a practitioner practicing at the Moukawsher & Walsh, LLC., 21 Oak Street, Suite 209, Hartford, CT 06106.

(3) Accompanying this Motion is a Certificate by Mr. Smith certifying that he meets the requirements specified in Local Rule 83.5.3.

(4) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Ian O. Smith be granted leave

FILING FEE PAID:
RECEIPT # 404319
AMOUNT $ 50.00
BY DPTY CLK ____
DATE 5-10-04

pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

Dated: April 30, 2004

_____
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street
Suite 410
Boston, MA 02108
(617) 723-7470

Attorney for the Plaintiff