FILED
IN CLERKS OFFICE

2004 MAY 10 A 9: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40058NMG

JAMES S. BERNAT,

    Plaintiff,

v.

GENTEX OPTICS,

    Defendant.

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below named attorney enters an appearance as counsel for the Plaintiff James S. Bernat.

    Ian O. Smith
    Moukawsher & Walsh, LLC.
    21 Oak Street, Suite 209
    Hartford, CT 06106

Dated: April 28, 2004

/s/ Ian O. Smith
Ian O. Smith
Moukawsher & Walsh, LLC.
21 Oak Street, Suite 209
Hartford, CT 06106
(860)278-7000