

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40058NMG

| | |
|---|---|
| JAMES S. BERNAT, | : |
| Plaintiff, | : |
| v. | : |
| GENTEX OPTICS, | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below named attorney enters an appearance as counsel for the Plaintiff James S. Bernat.

        Thomas G. Moukawsher
        Moukawsher & Walsh, LLC.
        21 Oak Street, Suite 209
        Hartford, CT 06106

Dated: April 28, 2004

        _____
        Thomas G. Moukawsher
        Moukawsher & Walsh, LLC.
        21 Oak Street, Suite 209
        Hartford, CT 06106
        (860)278-7000