UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40058-NMG

JAMES S. BERNAT,

    Plaintiff,

v.

GENTEX OPTICS,

    Defendant.

## CERTIFICATE OF THOMAS G. MOUKAWSHER FOR ADMISSION *PRO HAC VICE* IN THE U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, Mala M. Rafik (BBO No. 638075) who has entered an appearance in this case, has moved this Court to grant leave for Thomas G. Moukawsher to practice before this Court in this particular case.

Furthermore, I, Thomas G. Moukawsher, do hereby certify the following:

(1) I am a member in good standing of the bar of the jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Connecticut.

(2) My office address and telephone number is: Moukawsher & Walsh, LLC., 21 Oak Street, Suite 209, Hartford, CT 06106, (860)278-7000.

(3) There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case <u>James S. Bernat v. Gentex Optics</u>, Civil Action Number, 04-40058NMG

Sworn to this date under penalties of perjury.

Dated: April 28, 2004

_____
Thomas G. Moukawsher
Moukawsher & Walsh, LLC.
21 Oak Street, Suite 209
Hartford, CT 06106
(860)278-7000