UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES S. BERNAT, )
)
Plaintiff, )
v. ) C.A. NO: 04-0058-NMG
)
GENTEX OPTICS, INC. )
)
Defendant. )

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned certify that they have conferred with respect to the following:

(a) establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

Respectfully submitted,

Defendant Gentex Optics, Inc.,

By: _____
G. H. Walsh
Assistant Secretary

Defendant's attorney,

_____
Lawrence J. Casey, BBO# 556766
Daniel P. McCarthy, BBO# 651559
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000