UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. BERNAT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 04-40058-NMG |
| ) | |
| GENTEX OPTICS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF JAMES S. BERNAT'S
LR, D. Mass. 16.1(D)(3) CERTIFICATION**

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), James S. Bernat, the Plaintiff in this action and Ian O. Smith, counsel for the Plaintiff, hereby certify that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: October  26 , 2004

/s/ Ian O. Smith
Ian O. Smith
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860)278-7005
ismith@mwlawgroup.com

Dated:  October  24 , 2004

                                                /s/ James S. Bernat
                                                James S. Bernat
                                                223 Route 169, Unit 1A
                                                Woodstock,  CT  06281