Law Offices

# Moukawsher & Walsh, L.L.C.

Joseph E. Moukawsher
Michael J. Walsh
Thomas G. Moukawsher
D. Lincoln Woodard
Ann Walsh Henderson
Ian O. Smith
Karolina Kolodziej
Ryan P. Barry

21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

Fax (860) 548-1740

Reply to:

**Hartford**

October 4, 2004

**VIA FEDEX OVERNIGHT**
Daniel McCarthy, Esquire
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Re. **James S. Bernat v. Gentex Optics, Inc.**, C.A. No. 04-0058-NMG

Dear Mr. McCarthy:

Please find enclosed Plaintiff James S. Bernat's Responses to Defendant Gentex Optic's Inc.'s First Request for Production of Documents. Additional responsive documents will follow shortly under separate cover.

Very truly yours,

Ian O. Smith

ios/tba
enclosure

OCT - 5 2004