Law Offices
# *Moukawsher & Walsh, L.L.C.*

Joseph E. Moukawsher
Michael J. Walsh
Thomas G. Moukawsher
D. Lincoln Woodard
Ann W. Henderson
Ian O. Smith
Karolina Kolodziej

Capitol Place
21 Oak Street, Suite 100
Hartford, Connecticut 06106
(860) 278-7000

Fax (860) 548-1740

Reply to: **Hartford**

November 30, 2004

**Via Facsimile Only**
**(617)854-4040**
Daniel McCarthy, Esquire
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Re. <u>James S. Bernat v. Gentex Optics, Inc.</u>, C.A. No. 04-0058-FDS

Dear Mr. McCarthy:

    Thank you for your willingness to move Mr. Bernat's December 7 deposition to fit his schedule, as you expressed to me when we met in Dudley. As it turns out, that date does not work for Mr. Bernat; he is getting back to me with dates he's available later in December and throughout January.

    We can either try to fit him in by the end of December (I have several openings during the weeks of December 20 and 27), or we can schedule it for January and move to extend the deposition deadline. I have no problem with the latter because I'll probably need extra time for my deposition(s) anyway (as Gentex's discovery responses aren't due to me until December 15). I don't think the Court would deny our request as we would not be asking for an extension of the final discovery cutoff in April.

    Please let me know your preference. As well, I will get back to you with some dates as soon as I hear from Mr. Bernat.

    Very truly yours,

    Ian O. Smith

ios/tba