

Perkins Smith & Cohen LLP
Attorneys at Law

Daniel P. McCarthy
617-854-4058
dmccarthy@pscboston.com

December 1, 2004

*Via Facsimile (860) 548-1740*
Ian O. Smith, Esq.
Moukawsher & Walsh, LLC
Capitol Place
21 Oak Street
Hartford, CT 06106

Re: James Bernat v. Gentex Optics, Inc.

Dear Mr. Smith:

    I write in response to your facsimile correspondence to me date November 30, 2004 and to confirm our telephone conversation this date. Gentex will agree to reschedule the deposition of James Bernat contingent on Gentex's Answers to Interrogatories and Responses to Requests for Production of Documents being due on their deadline as provided by the rules or the day after the conclusion of Mr. Bernat's deposition, whichever is later. You indicated that you will get back to me with dates for the deposition as early in December as available. Further, this will confirm that Gentex is not inclined to extend the deadline for depositions at this time, but would rather conduct the necessary depositions in December.

    Further, this will confirm Jeffrey Lloyd, whom you previously expressed an interest in deposing, is available for deposition any date in December with the exceptions of December 15, 16, 24, 25, and 31. You indicated that you may not now be deposing Mr. Lloyd, but that you will get back to me.

    Please contact me with any questions you may have regarding the above.

Very truly yours.

Daniel P. McCarthy

DPM/dwb
cc:  Mala M. Rafik, Esq.
      Gretchen Walsh, Esq.
      Lawrence J. Casey, Esq.
11249-5DPMLtr-Smith-120104.doc

One Beacon Street, 30th Floor, Boston, MA 02108-3106   Tel 617.854.4000   Fax 617.854.4040
Boston, MA   Providence, RI   Washington, DC                   www.pscboston.com