UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

Bernat, _____

V.

CA/CR No. __04-40058__

Gentex Optics, _____

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Swartwood_ for the following proceedings:

    (A)    Referred for full pretrial case management, including all dispositive motions.

☐    (B)    Referred for full pretrial case management, not including dispositive motions:

☐    (C)    Referred for discovery purposes only.

    (D)    Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

X    (E)    Case referred for events only. See Doc. No(s). __Ruling on # 12__

☐    (F)    Case referred for settlement.

☐    (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

    (H)    Special Instructions: _____

__2/8/05__                                                                 By: _/s/ Martin Castles_
Date                                                                       Deputy Clerk

(Order of Reference Revised.wpd - 12/98)                                                          [oref., koref.]