**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES S. BERNAT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 4:04-40058-FDS |
| ) | |
| GENTEX OPTICS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PARTIES' JOINT MOTION TO EXTEND**
**SCHEDULING ORDER**

On December 30, 2004, plaintiff in the above captioned case, James Bernat, moved to extend, by 30 days, the December 31, 2004 discovery deadline in his action and proposed a new deadline of January 30, 2005. On January 3, 2005 Gentex opposed Bernat's motion and on January 4 Bernat replied. On February 8, 2005, the Court referred the matter to Magistrate Judge Swartwood, who has yet to rule on Bernat's motion. Parties' deadline for filing dispositive motions is April 25, 2005. Parties request that this approaching deadline, and the pre-trial conference date, be extended in the manner set forth below. This is parties' first request to extend the dispositive motion and pre-trial conference deadlines.

As per the Court's October 13, 2004 Scheduling Order, the remaining case deadlines are currently scheduled as follows: <u>Dispositive motion deadline</u>: April 25, 2005; <u>Pretrial conference</u>: July 12, 2005. The Parties respectfully request that the Court extend the dispositive motion deadline to sixty (60) days following the Court's ruling on the pending discovery motion, with the pre-trial conference scheduled for 75 days following the dispositive motion deadline.

Defendant's counsel has authorized plaintiff's counsel to title this a Joint Motion and sign and file it on his behalf.

| Plaintiff, James S. Bernat, | Defendant, Gentex Optics, Inc., |
| By his attorneys, | By its attorneys, |
| | |
| /s/ Ian O. Smith | /s/ Daniel P. McCarthy |
| Thomas G. Moukawsher (ct08940) | Lawrence J. Casey, BBO# 555766 |
| Ian. O. Smith (ct24135) | Daniel P. McCarthy, BBO# 651559 |
| Moukawsher & Walsh, LLC | Perkins, Smith & Cohen, LLP |
| 21 Oak Street, Suite 100 | One Beacon Street, 30th Floor |
| Hartford, CT 06106 | Boston, MA 02108 |
| (860) 278-7000 | (617) 854-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, a copy of the foregoing PARTIES' JOINT MOTION TO EXTEND SCHEDULING ORDER was filed electronically. Notice of his filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lawrence J. Casey
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
lcasey@pscboston.com

Daniel P. McCarthy
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108
dmccarthy@pscboston.com

        By  /s/ Ian O. Smith
           Thomas G. Moukawsher (ct08940)
           Ian O. Smith (ct24135)
           Moukawsher & Walsh, LLC
           21 Oak Street, Suite 206
           Hartford, CT  06106
           Tel: 860.278.7005
           Fax: 860.548.1740
           e-mail: ismith@mwlawgroup.com