UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred __X__

Bernat, _____

        V.                                CA/CR No. __04-40058__

Gentex Optex, _____        Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Swartwood__ for the following proceedings:

       (A)    Referred for full pretrial case management, including all dispositive motions.

☐     (B)    Referred for full pretrial case management, *not* including dispositive motions:

☐     (C)    Referred for discovery purposes only.

       (D)    Referred for Report and Recommendation on:

              ( ) Motion(s) for injunctive relief
              ( ) Motion(s) for judgment on the pleadings
              ( ) Motion(s) for summary judgment
              ( ) Motion(s) to permit maintenance of a class action
              ( ) Motion(s) to suppress evidence
              ( ) Motion(s) to dismiss
              ( ) Post Conviction Proceedings[1]
              See Documents Numbered: _____

X    (E)    Case referred for events only. See Doc. No(s). __Ruling on # 16__

☐     (F)    Case referred for settlement.

☐     (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
              ( ) In accordance with Rule 53, F.R.Civ.P.
              ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

       (H)    Special Instructions: _____

__5/3/05__                                    By: __/s/ Martin Castles__
Date                                         Deputy Clerk

(Order of Reference Revised.wpd - 12/98)                                   [oref., koref.]