UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. BERNAT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GENTEX OPTICS, INC., )<br>)<br>Defendant. ) | C.A. NO: 04-0058-FDS |

### NOTICE OF WITHDRAWAL OF LAWRENCE J. CASEY

     Pursuant to Local Rule 83.5.2(c), Lawrence J. Casey, hereby serves notice of his withdrawal as counsel for Defendant, Gentex Optics, Inc.  Pursuant to Local Rule 83.5.2(c), Lawrence J. Casey states as follows:

     1.    Attorney Daniel P. McCarthy of law firm of Perkins, Smith & Cohen, LLP remains counsel for the Defendant, Gentex Optics, Inc.  Further, Attorney James A.G. Hamilton of law firm of Perkins, Smith & Cohen, LLP has contemporaneously herewith filed a Notice of Appearance on behalf of the Defendant, Gentex Optics, Inc.

     2.    There are no motions pending before the Court.

     3.    No trial date has been set.

     4.    No reports, oral or written are due.

     5.    Lawrence Casey has notified Gentex Optics, Inc. and all other parties of his withdrawal by this Notice.

                        Respectfully submitted,

                        Gentex Optics, Inc.,

                        /s/ Lawrence J. Casey
                        Lawrence J. Casey, BBO# 555766
                        Perkins, Smith & Cohen, LLP
                        One Beacon Street, 30th Floor
                        Boston, MA  02108
                        (617) 854-4000

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 28, 2005.

                                               /s/ Daniel P. McCarthy