UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. BERNAT,             ) | |
|                               ) | |
|         Plaintiff,            ) | |
| v.                            ) | C.A. NO: 04-0058-FDS |
|                               ) | |
| GENTEX OPTICS, INC.,          ) | |
|                               ) | |
|         Defendant.            ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Counsel on behalf of the Defendant, Gentex Optics, Inc., in connection with the above-captioned matter.

Respectfully submitted,

Gentex Optics, Inc.,

/s/ James A.G. Hamilton
James A.G. Hamilton, BBO #218760
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 28, 2005.

/s/ Daniel P. McCarthy