UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES S. BERNAT,  )<br> )<br>Plaintiff,  )<br>v.  )<br> )<br>GENTEX OPTICS, INC.,  )<br> )<br>Defendant.  ) | C.A. NO: 04-0058-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Counsel on behalf of the Defendant, Gentex Optics, Inc., in connection with the above-captioned matter.

Respectfully submitted,

Gentex Optics, Inc.,

_/s/ James A.G. Hamilton_
James A.G. Hamilton, BBO #218760
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 28, 2005, and by first class mail on June 29, 2005.

/s/ Daniel P. McCarthy