UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES BERNAT,**

                Plaintiff,

                                                                                           CIVIL NO. 04-40058-FDS

**GENTEX OPTICS,**

                Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

**SWARTWOOD, C.M.J.**

On   September 29, 2005   I held the following ADR proceeding:

\_\_\_\_ **EARLY NEUTRAL EVALUATION**     **X**    **MEDIATION**
\_\_\_\_ **MINI-TRIAL**                                     \_\_\_\_ **SUMMARY JURY TRIAL**
\_\_\_\_ **SETTLEMENT CONFERENCE**

The parties were present in person or by an authorized corporate officer.

The case was:

(X)     **Settled.** Your clerk should enter a **30** day order of dismissal.
( )     **There was progress.** A further conference has been scheduled for _____.
          unless the case is reported settled prior to that date.
( )     **Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.** This case should be restored to your trial list.


**September 30, 2005**                               /s/ Charles B. Swartwood, III
**Date**                                                     **CHARLES B. SWARTWOOD, III, C.M.J.**