UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>James Bernat,</u>
      Plaintiff(s),

V.

CIVIL ACTION

NO. <u>04-40058-FDS</u>

<u>Gentex Optics,</u>
      Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on    September 30, 2005    that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

   September 30, 2005                        /s/ Martin Castles
        Date                                          Deputy Clerk