UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JAMES S. BERNAT, )
)
       Plaintiff, )
v. ) C.A. NO: 04-0058-FDS
)
GENTEX OPTICS, INC., )
)
       Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) all parties stipulate to the dismissal of this action with prejudice, without costs, and waiving all rights of appeal.

Dated: November 18, 2005

| JAMES S. BERNAT | GENTEX OPTICS, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Ian O. Smith | /s/ James A. G. Hamilton |
| Thomas G. Moukawsher (ct08940) | James A. G. Hamilton (BBO # 218760) |
| Ian. O. Smith (ct24135) | PERKINS, SMITH & COHEN, LLP |
| Moukawsher & Walsh, LLC | One Beacon Street |
| 21 Oak Street, Suite 100 | Boston, MA 02108 |
| Hartford, CT 06106 | (617) 854-4000 |
| (860) 278-7000 | |